## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02586-BNB

JOSHUA SUTTON,

    Plaintiff,

v.

ISHA ROBERTS,
DANIEL MARIANO,
PETER WIEDMEYER,
DEBRA TOTA,
DEBRAH ROMANO,
MASON KATE,
MARILYN GIFFORD,
GARY WYBERG,
BILL THIEBOUT,
ATELLE JONES, and
JEFF CHOSTNER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 28, 2014, Plaintiff filed a Motion to Join and Notice of New Address, ECF No. 10. Pursuant to the Court's Order to File an Amended Complaint, ECF No. 7, the Motion to Join is denied as moot. Plaintiff is able to include in Case No. 14-cv-02379-BNB the claims he raises in this case and to dismiss this case.

Dated: October 29, 2014