# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02586-LTB

JOSHUA SUTTON,

    Plaintiff,

v.

ISHA ROBERTS,
DANIEL MARIANO,
PETER WIEDMEYER,
DEBRA TOTA,
DEBRAH ROMANO,
MASON KATE,
MARILYN GIFFORD,
GARY WYBERG,
BILL THIEBOUT,
ATELLE JONES, and
JEFF CHOSTNER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On December 10, 2014, Plaintiff filed a Motion to Dismiss, ECF No. 16.  The Motion is denied as moot.  This action was dismissed on December 8, 2014.

Dated:  December 11, 2014